### BELLA PATILLO ET ALS. v. CAMP MANUFACTURING COMPANY.

#### (Filed 26 February, 1919.)

See next preceding case of *Bradley v. Camp Manufacturing Company.*

BROWN, J., not sitting.

*W. L. Long, W. H. S. Burgwyn, and George C. Green for plaintiff.*
*Winborne & Winborne, Peebles & Harris, and C. E. Midyette for defendant.*

WALKER, J. This case was heard, by consent, with *Bradley v. Camp Manufacturing Company,* and is governed by the opinion filed in that case, the facts and exceptions being substantially the same.

No error.